AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Charles Johnson, Randy Watson Holdings LLC,
  *Plaintiffs, Counter-Defendant*s
              v.                                    Civil Action No.     3:19-1129-JMC

MNK Holdings LLC, Michelle Koch,
  *Defendant*s, *Counter-Claimant*s

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: all claims and counterclaims asserted between the Johnson Plaintiffs and Koch Defendants are dismissed with prejudice pursuant to Rule 41(a)(2) of the FRCP.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted the Johnson Plaintiff's and Koch Defendants consent motion to dismiss.

Date:  April 22, 2022                          *CLERK OF COURT*

                                               s/Angie Snipes
                                               *Signature of Clerk or Deputy Clerk*